**Order entered February 22, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-01149-CR

**GEORGDAN JERMAINE WILSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F09-14866-M**

## ORDER

By order dated January 17, 2013, we permanently abated this appeal because of appellants' death. However, the mandate issued on February 13, 2013. We **GRANT** appellant's counsel's motion to withdraw the mandate and **ORDER** the clerk to recall the mandate. TEX. R. APP. P. 18.7.

/Jim Moseley/
JIM MOSELEY
JUSTICE